

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2014

No. 04-14-00767-CV

**IN THE INT OF DMB, JR AND ILB**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02050
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

The court reporter's record in this accelerated appeal was due November 14, 2014. Ms. Cynthia S. Hyatt is the court reporter responsible for preparing, certifying, and filing the record in this appeal. On November 18, 2014, Ms. Hyatt filed a notification of late record stating appellant has not designated the record or made financial arrangements to pay for the record.

Appellant is represented on appeal by appointed counsel, Mr. Karl Anthony Basile. On November 22, 2014, Mr. Basile filed a response to Ms. Hyatt's notification of late record, attached to which is a copy of a written designation of reporter's record. Mr. Basile states that appellant is indigent as evidenced by the appointment of counsel for appellant both at trial and on appeal.

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The Texas Rules of Judicial Administration require this court to "ensure that the appeal is brought to final disposition . . . [w]ithin 180 days of the date the notice of appeal is filed." Tex. R. Jud. Adm. 6.2(a). This accelerated appeal has been pending since the notice of appeal was filed in the trial court on November 4, 2014. Ms. Hyatt is hereby ORDERED to file the reporter's record no later than December 22, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court